## J. MEYERS *vs.* VILBURN.

Amendment of Writ of Attachment by substituting full *Christian name of plaintiff* for initial letter.

*Alpena County Circuit Court,* October, 1869.

Motion to quash writ of attachment because the plaintiff's name is not stated in full. An affidavit being read in behalf of

the plaintiff showing that his Christian name is Julius, and ex-
cusing omission to state it in full in the writ and affidavit.

*Kelley*, for Plaintiff.

*Tuttle*, for Defendant.

SUTHERLAND, J. — *Held*, that the plaintiff have leave to amend
the writ and other proceedings, so as to show the full name of
the plaintiff.